# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| EEE Minerals, LLC, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| State of North Dakota, et. al., | ) | |
| | ) | Case No. 1:16-cv-115 |
| Defendants. | ) | |

Before the court is a motion for attorney Karen L. Spaulding to appear *pro hac vice* on behalf of Defendants A.G. Andrikopolous Resources, Inc., Energen Resources Corporation, Rosewood Resources, Inc., Vitesse Energy, LLC, Vitesse Oil, LLC, Cody Oil & Gas Corporation, LGFE-M, L.P., SourceRock Exploration LLC, Earthstone Energy, Inc., and Reef Oil and Gas Companies. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Karen L. Spaulding has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. She has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 51) is **GRANTED**. Attorney Karen L. Spaulding is admitted to practice before this court in the above-entitled action on behalf of Defendants A.G. Andikopolous Resources, Inc., Energen Resources Corporation, Rosewood Resources, Inc., Vitesse Energy, LLC, Vitesse Oil, LLC, Cody Oil & Gas Corporation, LGFE-M, L.P., SourceRock Exploration LLC, Earthstone Energy, Inc., and Reef Oil and gas Companies

**IT IS SO ORDERED.**

Dated this 31st day of May, 2016

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court